✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

_____

### Report on Offender Under Supervision

**Name of Offender:**  Lyrics R. Klugh                **Case Number:**  6:24CR00378-004

**Name of Sentencing Judicial Officer:**  The Honorable Jacquelyn D. Austin, U.S. District Judge

**Date of Original Sentence:**  October 7, 2024

**Original Offense:**  Conspiracy to Steal Mail and Possess Stolen Mail – 18 U.S.C. §§ 371 and 1708

**Original Sentence:**  The defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. Upon release from imprisonment, the defendant was placed on supervised release for a term of 36 months. The following special conditions were ordered: 1) The defendant must submit to substance abuse testing to determine if he has used a prohibited substance; 2) The defendant must contribute to the cost of any substance abuse testing, treatment, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and he will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 3) The defendant must satisfactorily participate in and successfully complete mental health treatment as directed by the United States Probation Office; 4) The defendant must complete seventy-five (75) hours of community service as directed by the United States Probation Office; 5) The defendant shall pay the $100 special assessment fee; and 6) The defendant shall pay restitution in the amount of $721.75 on October 7, 2024.

**Type of Supervision:**  Supervised Release                **Date Supervision Commenced:**  October 7, 2024

**Previous Court Action/Notification:**  On October 21, 2024, the Court approved a Request for Modifying the Conditions of Supervision with Consent of the Offender, adding the condition that the defendant participate in and successfully complete a substance abuse treatment program. This was in response to the defendant testing positive for marijuana on October 9, 2024.

✎Prob 12A                                                                                    Page 2
  (Rev. 01/2020 - D/SC)

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **New Criminal Conduct:**  On August 10, 2025, the defendant was charged with Driving Under Suspension – 1st by the Greer Police Department. This is a misdemeanor charge, currently pending in municipal court. |
| 2. | **Failure to Notify Contact with Law Enforcement within 72 hours:** As of August 13, 2025, the defendant failed to report his law enforcement contact to his supervising officer within 72 hours as required by the standard condition. The officer contacted the defendant on August 15, 2025, regarding his contact with law enforcement on August 10, 2025. |

**U.S. Probation Officer Action:**  The defendant was issued a citation for Driving Under Suspension by the Greer Police Department and is scheduled to appear in Greer Municipal Court on September 16, 2025. He was verbally reprimanded for his conduct leading to this charge and reminded of his conditions of supervised release regarding notification of law enforcement contact. Mr. Klugh advised this officer he was unaware of his suspended license status but paid the reinstatement fee on August 13, 2025, and provided the receipt as verification. It is respectfully recommended the violations be held in abeyance as the defendant has taken the necessary steps to remedy the issue. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violations. Should Your Honor desire a different course of action, please advise.

Respectfully Submitted,

By: _____

Timothy D. Hurst
U.S. Probation Officer
Greenville Office

Date:  August 19, 2025

Reviewed and Approved By:

_____
Bryanna A. Rogers
Supervising U.S. Probation Officer

✎Prob 12A
(Rev. 01/2020 - D/SC)

| X | Agree with Probation Officer's recommendation |

Submit a Request for Modifying the Condition or Term of Supervision

Submit a Request for Warrant or Summons

Other

s/Jacquelyn D. Austin
_____
The Honorable Jacquelyn D. Austin
United States District Judge

August 19,2025
_____
Date