# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

## NOTICE OF HEARING

Please take notice that the following defendant has been scheduled for a Sentencing or Revocation Hearing before the Honorable Jacquelyn D. Austin, United States District Judge, on **July 16, 2026**, **time listed below,** courtroom 6200, 250 East North Street, Greenville, South Carolina. *All parties should be in the courtroom fifteen (15) minutes prior to their scheduled hearing time.*

**\*\*PLEASE FOLLOW MOTION AND RESPONSE DEADLINES BELOW\*\***
Counsel *MUST FILE* motions/memoranda by July 1, 2026, with responses due
July 8, 2026.

## Motions for Downward Departure/Variance must be filed on the docket.

**\*\*ATTORNEYS MUST ADVISE THE COURT BEFORE THE DATE OF SENTENCING OF RESOLVED OBJECTIONS TO THE PSR.\*\***

**\*\*ATTORNEYS ARE RESPONSIBLE FOR REVIEWING CONDITIONS OF SUPERVISED RELEASE WITH THEIR CLIENT PRIOR TO SENTENCING.\*\***

***\*\*\*PLEASE CALL JACKIE AIKEN (864-241-2751) FOR ALL QUESTIONS REGARDING CRIMINAL CASES. DO NOT CALL JUDGE AUSTIN'S CHAMBERS.\*\*\****

**\*\*\*DO NOT GO TO JUDGE AUSTIN'S CHAMBERS REGARDING SENTENCING MATTERS THE MORNING OF COURT UNLESS YOU HAVE PREVIOUSLY SCHEDULED A MEETING. REQUESTS THE DAY OF COURT TO MEET WITH JUDGE AUSTIN SHOULD BE MADE TO JACKIE AIKEN, COURTROOM DEPUTY CLERK OF COURT.\*\*\***

**Please contact Jackie Aiken (864-241-2751) with any questions regarding scheduling.**

**9:00 a.m.**
**Revocation**

6:24-378                                                              Bill Watkins, AUSA
                        Lyrics R. Klugh                        Ryan Beasley, Ret.